# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION - DAYTON

| | | |
|---|---|---|
| KOSAL TITH, | ) | CASE NO. 3:13-CV-284 |
| | ) | |
| Plaintiff, | ) | JUDGE RICE |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| THYSSENKRUPP MATERIALS NA, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

Douglas B. Schnee of the law firm of McDonald Hopkins LLC, 600 Superior Avenue, East, Suite 2100, Cleveland, Ohio 44114 hereby enters his appearance as counsel for Defendant Thyssenkrupp Materials NA, Inc. All pleadings, motions and other papers regarding this matter should be served upon undersigned counsel.

Respectfully submitted,

/s/ Douglas B. Schnee
William J. O'Neill (0029936)
Douglas B. Schnee (0063643)
McDONALD HOPKINS LLC
600 Superior Avenue, East – 21st Floor
Cleveland, OH 44114
woneill@mcdonaldhopkins.com
dschnee@mcdonaldhopkins.com
Phone: (216) 348-5400
Fax: (216) 348-5474

*Counsel for Defendant*

{4536318:}

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on October 17, 2013, the foregoing Notice of Appearance was electronically filed using the Court's CM/ECF system, which will send notification of filing to all counsel of record.

*/s/ Douglas B. Schnee*
DOUGLAS B. SCHNEE (0063643)

*Counsel for Defendant*