IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - DAYTON

| | | |
|---|---|---|
| **KOSAL TITH** | **:** | Case No: 3:13-cv-284-WHR |
| Plaintiff, | **:** | Judge Walter H. Rice |
| v. | **:** | **NOTICE OF APPEARANCE** |
| **THYSSENKRUPP MATERIALS NA INC.** | **:** | |
| Defendant. | **:** | |

_____

Now come James H. Greer and the law firm of Bieser, Greer & Landis, LLP, and hereby enter their appearance as attorneys of record for the Plaintiff, Kosal Tith, in the above-captioned matter.

Respectfully submitted

*/s/James H. Greer*
Charles F. Shane (0062494), Trial Attorney
James H. Greer, (0046555), Trial Attorney
Thomas M. Hess, Jr. (0089667)
Attorneys for Plaintiff
BIESER, GREER & LANDIS LLP
400 PNC Center
6 North Main Street
Dayton, Ohio 45402-1908
Telephone: (937) 223-3277
E-mail: cfs@bgllaw.com; jhg@bgllaw.com; tmh@bgllaw.com
Facsimile: (937) 223-6339

## **CERTIFICATE OF SERVICE**

      This is to certify that on the **29th** day of **October, 2013** a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy of the foregoing document served upon the Defendants the Court's electronic filing system on the date of filing at the following address:

      William J. O'Neill and Douglas B. Schnee, McDonald Hopkins LLC, 600 Superior Avenue, East – 21st Floor, Cleveland, OH 44114, woneill@mcdonaldhopkins.com; dschnee@mcdonaldhopkins.com, counsel for Defendant ThyssenKrupp Materials, NA, Inc.

                                BIESER, GREER & LANDIS, LLP

                                */s/James H. Greer*
                                James H. Greer, (0046555), Trial Attorney

3271-213181\423369