## CERTIFICATE OF SERVICE

I hereby certify that, on November 12, 2013 the foregoing CORPORATE DISCLOSURE STATEMENT was electronically filed using the Court's CM/ECF system, which will send notification of filing to all counsel of record.

>*/s/ William J. O'Neill*
>WILLIAM J. O'NEILL (0029936)
>
>*Counsel for Defendant*