IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KOSAL TITH,

    Plaintiff,

vs.

Case No. 3:13cv284

TYSSENKRUPP MATERIALS NA, INC.,

JUDGE WALTER H. RICE

    Defendant.

---

ENTRY ORDERING STAY OF ALL PROCEEDINGS PENDING FURTHER CONFERENCE CALL TO BE HELD JUNE 2, 2014, AT 4:30 P.M.

---

In order to allow the parties to thoroughly prepare and participate in a mediation effort, all proceedings in the captioned cause are ordered stayed from this point forward up through a follow-up telephone conference call to be held, between Court and counsel, at 4:30 p.m. on Monday, June 2, 2014. Should mediation be unsuccessful, the Court will order the parties to file an amended Rule 26(f) Report which would allow the undersigned to set a new trial date and other dates leading to the resolution of this litigation.

February 28, 2014

                                  WALTER H. RICE
                             UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record